EUGENE SMITH, as Executor, etc., Appellant, *v.* FREDERICKA RENTZ, Respondent.

(Argued February 26, 1894; decided March 13, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made December 8, 1893, which denied a motion by plaintiff to modify a judgment entered upon an order reversing an order granting a new trial.

*H. B. Closson* for appellant.

*Leopold Leo* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.